## CLARK v. COLLINS.

*Appeal from Jackson District Court — Tuesday, June 9.*

This case involved only questions of fact, and the judgment below, in favor of plaintiffs, was affirmed by this court, as being sustained by the evidence — DILLON, Ch. J., delivering the opinion.

*C. M. Dunbar* for the appellant — *S. D. Lyman* for the appellee.